UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KATHERINE LYNN DIX, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 2:16-cv-00773-VEH |
| ) | |
| COMMISSIONER, SOCIAL SECURITY ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant ) | |

## **MEMORANDUM OPINION**

On February 23, 2018, the magistrate judge entered a report and recommendation and allowed the parties therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No party has filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby **ADOPTS** the report of the magistrate judge. The court further **ACCEPTS** the recommendations of the magistrate judge that the court reverse the Commissioner's decision and remand the case for consideration of whether Ms. Dix's condition satisfied Listing 3.03(B) for asthma.

The court will enter a separate order in conformity with this Memorandum Opinion.

**DONE** and **ORDERED** this the 17th day of April, 2018.

_____
**VIRGINIA EMERSON HOPKINS**
UNITED STATES DISTRICT JUDGE